IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Javier Alvarez del Castillo, Carlos Alberto Guzman Huesca, Nora Silvia Castillo Individually and as next friend of Juan Maximiliano Vazquez Castillo, Denisse Guerrero Granado, Juan Eduardo Martinez Navarro Individually and as next friend of Dibahni Sarai Martinez Guerra, Eduardo Azaeil Martinez Guerra, Sandra Edith Duron as next friend of Samira Arellano, Jose Luis Hernandez Hernandez, Herminio Martinez Osorio, Miguel Sanchez Cruz, Arelito Martinez Moreles, Lesly Elizabeth Flores, Maria Luz Morales Perez, Jose Morales Reyes, Beatriz Marquez Leon, Eulalia Tomas del Angel and Victorino Perez Garces, Luis Javier Mendiola Chavez, Anailem Mora Garcia, Aron Garcia Flores and Irma Ferral Casados, Cristal Anahi Olvera Ramirez, Maria de Jesus Martinez Casares, and Eleazar Hernandez Gutierrez, as next of friend of Francisco Javier Hernandez Martinez, Diana Isabel Vasquez Silva as next of friend of Hillario Gutierrez Quirino, Guadalupe Pena Galvan as next of friend of Jaime Cruz Hernandez and additionally as next friend of Hannia Alexandra Cruz Pena and Stephanie Lizeth Cruz Pena and Grecia Michel Cruz Pena, Delfina Natividad Villanueva Loredo as next of friend of Jose Roberto Ortiz Marquez, Tania Yaren Garcia Acuna as next of friend of Jesus Pliego Landa, Maria Teresa Rodriguez Pancardo as next of friend of Ricardo de Jesus Mercado Rodriguez, Patricia Munoz Banda, Josue Abram Munoz, Carlos I. Munoz, and Brenda Berenice Munoz as next of friend of Luis Carlos Munoz Martinez, Maria San Juana Moreno Escobar, Marcelino Rios Pecina as next of friend of Ulises Rios Pecina Moreno, Cesarea Guadalupe Martinez Martinez individually and as next friend of Rosario | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. _____ |

1

| | |
|---|---|
| Geronimo Diaz, Jose Luis Martinez Nolasco, Juan Ramon Munoz, Ruth Sarahi Cantu Vasquez, Evelyn Marisol Luna Santos, Javier Martinez del Angel, Arcenia Sanchez Luciano, Jesus Guadalupe Camarillo Valdez, Marco Antonio Duarte Medellin, Carlos Alberto Martinez, Delta Alicia Zamora Galvan as next friend of Irving Fernando Zamora Galvan and Jorge Alfredo Zamora Galvan and Jose Luis Zamora Galvan, Leticia Aguilar-Sanchez as next friend of Ignacio Cedillo Aguilar<br><br>   PLAINTIFFS<br><br>vs.<br><br>P.M.I. Holdings North America, Inc., P.M.I. Holdings Inc., P.M.I. Comercio International, S.A. de C.V. (Mexico), Pemex Incorporated, Pemex Procurement International Inc., Pemex in its assumed or common name, including all Defendants doing business as Pemex or P.M.I, Pemex Exploration and Production, Inc.; Pemex Refining, Inc.; Pemex Gas and Basic Petro Chemistry, Inc.; Pemex Petro Chemistry; Pemex Corporate; Draeger Safety Inc.; Firebus Systems Inc.; Honeywell Analytics Inc.; Remote Control Inc.; Rotork Control Inc.; Rotork Servo Controles de Mexico SA de C.V.; Rotork U.K. LTD; Kinder Morgan Gas Natural de Mexico; Kinder Morgan Inc.; Kinder Morgan Energy Partners, L.P.; Kinder Morgan Management, LLC; El Pas Pipeline Partners, L.P.; Tennessee Pipeline Inc.; and Tennessee Pipeline Partners, Inc., MSA of Mexico<br><br>   DEFENDANTS | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

## NOTICE OF REMOVAL OF
## <u>DEFENDANT P.M.I. COMERCIO INTERNACIONAL, S.A. DE C.V.</u>

  Defendant P.M.I. Comercio Internacional, S.A. de C.V. files this notice of removal under

28 U.S.C. § 1446.

2

## A. INTRODUCTION

1.      Plaintiffs are Javier Alvarez del Castillo, Carlos Alberto Guzman Huesca, Nora Silvia Castillo Individually and as next friend of Juan Maximiliano Vazquez Castillo, Denisse Guerrero Granado, Juan Eduardo Martinez Navarro Individually and as next friend of Dibahni Sarai Martinez Guerra, Eduardo Azaeil Martinez Guerra, Sandra Edith Duron as next friend of Samira Arellano, Jose Luis Hernandez Hernandez, Herminio Martinez Osorio, Miguel Sanchez Cruz, Arelito Martinez Moreles, Lesly Elizabeth Flores, Maria Luz Morales Perez, Jose Morales Reyes, Beatriz Marquez Leon, Eulalia Tomas del Angel and Victorino Perez Garces, Luis Javier Mendiola Chavez, Anailem Mora Garcia, Aron Garcia Flores and Irma Ferral Casados, Cristal Anahi Olvera Ramirez, Maria de Jesus Martinez Casares, and Eleazar Hernandez Gutierrez, as next of friend of Francisco Javier Hernandez Martinez, Diana Isabel Vasquez Silva as next of friend of Hillario Gutierrez Quirino, Guadalupe Pena Galvan as next of friend of Jaime Cruz Hernandez and additionally as next friend of Hannia Alexandra Cruz Pena and Stephanie Lizeth Cruz Pena and Grecia Michel Cruz Pena, Delfina Natividad Villanueva Loredo as next of friend of Jose Roberto Ortiz Marquez, Tania Yaren Garcia Acuna as next of friend of Jesus Pliego Landa, Maria Teresa Rodriguez Pancardo as next of friend of Ricardo de Jesus Mercado Rodriguez, Patricia Munoz Banda, Josue Abram Munoz, Carlos I. Munoz, and Brenda Berenice Munoz as next of friend of Luis Carlos Munoz Martinez, Maria San Juana Moreno Escobar, Marcelino Rios Pecina as next of friend of Ulises Rios Pecina Moreno, Cesarea Guadalupe Martinez Martinez individually and as next friend of Rosario Geronimo Diaz, Jose Luis Martinez Nolasco, Juan Ramon Munoz, Ruth Sarahi Cantu Vasquez, Evelyn Marisol Luna Santos, Javier Martinez del Angel, Arcenia Sanchez Luciano, Jesus Guadalupe Camarillo Valdez, Marco Antonio Duarte Medellin, Carlos Alberto Martinez, Delta Alicia Zamora Galvan as next friend

3

of Irving Fernando Zamora Galvan and Jorge Alfredo Zamora Galvan and Jose Luis Zamora Galvan, Leticia Aguilar-Sanchez as next friend of Ignacio Cedillo Aguilar.

2. The Defendant filing this Notice of Removal is P.M.I. Comercio Internacional, S.A. de C.V. ("P.M.I. Comercio"), which was incorrectly named in the state-court action as "P.M.I. Comercio International, S.A. de C.V. (Mexico)".

3. On October 17, 2014, Plaintiff sued defendants in the 127th Judicial District Court of Harris County, Texas for vague claims arising out of an explosion at a facility called the Centro Receptor de Gas y Condensados in Reynosa, Tamaulipas, Mexico that occurred on or about September 18, 2012. The facility is owned by PEMEX Exploración y Producción.

4. Defendant received notice of the lawsuit on November 5, 2014. P.M.I. Comercio files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b). *Bd. Of Regents of Univ. of Tex. Sys. V. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007).

## B. BASIS FOR REMOVAL

5. P.M.I. Comercio is a "foreign state" as that term is defined in 28 U.S.C. § 1603(a). Specifically, P.M.I. Comercio is a Mexican corporate entity (Sociedad Anónima de Capital Variable) that is majority owned by the government of the United Mexican States, through its state productive enterprise, Petróleos Mexicanos. P.M.I. Comercio is not a citizen of the United States as defined under 28 U.S.C. § 1332(c) or (e) because it is not incorporated in the United States nor does it have its principal place of business in the United States.

6. Removal is thus proper under 28 U.S.C. § 1441(d) because the statute expressly allow removal of suits against foreign states to "the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(d).

7. Consent of the other Defendants is not necessary because P.M.I. Comercio is a foreign state. *Arango v. Guzman Travel Advisors Corp.*, 621 F.2d 1371, 1375-76 (5th Cir. 1980).

8. Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a) and Southern District of Texas Local Rule 81.

9. Venue is proper in this Court under 28 U.S.C. § 1441(d) because this Court is "the district court of the United States for the district and division embracing the place where such [state court] action is pending." 28 U.S.C. § 1441(d).

10. P.M.I. Comercio will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## C.  CONCLUSION

11. For these reasons, P.M.I. Comercio asks the Court to remove the suit to the United States Federal Court for the Southern District of Texas, Houston Division.

Dated:  December 1, 2014               Respectfully submitted,

BY: /s/ *Ileana M. Blanco*
Ileana M. Blanco
Attorney In Charge
Federal ID: 948
Texas Bar No. 02449590
Christina E. Ponig
Federal ID: 600217
Texas Bar No. 24041706
Brett Solberg
Federal ID: 1188910
Texas Bar No. 24070651
DLA PIPER LLP (US)
1000 Louisiana, Suite 2800
Houston, Texas 77002
Telephone: 713.425.8400
Facsimile:  713.425.8401
ileana.blanco@dlapiper.com

**ATTORNEYS FOR P.M.I. COMERCIO INTERNACIONAL, S.A. DE C.V.**

6

## Certificate of Service

The undersigned certify that a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system and email on December 1, 2014 on all current counsel of record.

Justin Williams
Cole, Cole, & Easley, P.C.
719 S. Shoreline Blvd.
Suite 200
Corpus Christi, TX 78401
jlwilliams@colefirmservice.com
*Attorneys for Plaintiffs*

Tony J. Wilson
Sheehy, Ware & Pappas
2500 Two Houston Center
909 Fannin St.
Houston, TX 77010
twilson@sheehyware.com
*Attorneys for Defendant Honeywell Analytics, Inc.*

Jason W. Pfeiffer
A. Elizabeth Burnett
2800 La Salle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
jwpfeiffer@rkmc.com
aeburnett@rkmc.com
*Attorneys for Defendant Honeywell Analytics, Inc.*

/s/ *Brett Solberg*
Brett Solberg